

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**; Union Pacific Railroad Company; and Ezra Alderman Ranches, Inc., Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

## O R D E R

Appellants have filed a response showing they have made payment arrangements with Richey Gentry, one of the court reporter's in this case. We therefore **ORDER** Richey Gentry to file his volumes of the reporter's record within 30 days of this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court